

CLERK'S OFFICE
A TRUE COPY
Oct 30, 2025
s/ JDH
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| United States of America<br>v.<br>Brengel Espinales-Alvarado (dob: XX/XX/02)<br><br>*Defendant(s)* | )<br>)<br>) Case No. **25-M-598 (SCD)**<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **October 29, 2025** in the county of **Milwaukee** in the **Eastern** District of **Wisconsin**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Sections 111 (a)(l) and 111(b) | forcible assault on a federal officer with a dangerous instrument, to wit, a vehicle |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

*Harleen Kaur*
*Complainant's signature*

Harleen Kaur, HSI Special Agent
*Printed name and title*

Sworn to before me **Telephonically**

Date: **10-30-25**

*Stephen C. Dries*
*Judge's signature*

City and state: Milwaukee, Wisconsin

Stephen C. Dries, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF
# AN APPLICATION FOR A CRIMINAL COMPLAINT

I, Harleen Kaur, being first duly sworn on oath, on information and belief state:

1. I am a United States federal Special Agent with Homeland Security Investigations (HSI) and have been employed with this agency since September 2022. My current responsibilities include the investigation of violent crimes, including, among others, investigations pertaining to assaults on a federal employee.

2. This affidavit is submitted in support of a criminal complaint alleging that on or about October 29, 2025, in the State and Eastern District of Wisconsin, Brengel Espinales-Alvarado (date of birth 07/04/2002) violated Title 18, United States Code, Sections 111 (a)(1) and 111(b) (assault on a federal officer with a dangerous instrument, to wit, a vehicle). Title 18, United States Code, Section 111(a)(l) makes it a crime for anyone to forcibly assault, resist, oppose, impede, intimidate, or interfere with any person designated as federal officer or employee of the United States or of any agency in any branch of the United States Government while the officer is engaged in the performance of her official duties. Section 11l(b) provides for enhanced penalties when the assault is committed with a dangerous weapon.

3. Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging Espinales-Alvarado with the crime detailed above, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that Espinales-Alvarado committed the offense alleged in the complaint.

4. The information in this affidavit is based upon information obtained from

1

other law enforcement officers, including reports I have read, and conversations I have had with individuals personally knowledgeable of the events and circumstances described herein.

5. On or about November 28, 2022, Brengel Espinales-Alvarado, a 23-year-old native and citizen of Nicaragua (date of birth 07/04/2002, A246-389-966), illegally entered the United States near El Paso, Texas without having been admitted or paroled by an immigration officer.

6. On or about April 23, 2024, the City of West Allis Police Department (West Allis, Wisconsin) arrested Espinales-Alvarado for allegedly committing 2nd degree sexual assault/use of force, strangulation and suffocation, posts or publishes depiction of person w/out consent, false imprisonment, battery and burglary-building or dwelling.

7. On or about September 4, 2025, in Chicago, Illinois, a United States Immigration Judge ordered the removal (deportation) of Espinales-Alvarado.

8. On October 29, 2025, at approximately 6:45 a.m., federal law enforcement officers from the United States Department of Homeland Security Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO), Chicago Field Office with assistance from the Federal Bureau of Investigation (FBI), Customs and Border Protection (CBP) and Drug Enforcement Agency (DEA), attempted to conduct a targeted arrest in Milwaukee, Wisconsin for Espinales-Alvarado. Said agents conducted surveillance at Espinales-Alvarado's last known address at 2050A South 12th Street, Milwaukee, Wisconsin with unmarked federal law enforcement vehicles. The agents observed Espinales-Alvarado exit the residence and enter in the driver's side of a black, Cadillac CTS bearing State of Wisconsin registration plate AYV-1872. Espinales-Alvarado

then drove south on 12th Street towards Becher Street.

9. At the intersection of 12th Street and West Becher Street, ERO's unmarked Dodge Ram, activated their emergency lights, pulled in front of the Cadillac, and attempted to stop Espinales-Alvarado's Cadillac from proceeding through the intersection. The Cadillac abruptly came to a stop.

10. Following behind the target Cadillac, the occupants of an unmarked ERO Nissan Titan, ERO Officer Ryan Ahearn and CBP Officer Jacob Johnson, observed the red brake lights of the Cadillac activate. Moments later, they observed the Cadillac's rear, white lights activate, indicating that the Cadillac shifted into reverse, and observed the Cadillac begin to reverse an accelerated rate of speed. At this time, ERO Officer Ahearn stopped the ERO Nissan Titan and activated the vehicle's emergency lights.

11. The ERO Nissan Titan is equipped with two separate emergency LED light bars mounted on the interior top of the front windshield. There are 4 sets of red and blue emergency LED lights that are affixed inside the grill of the car. There are light bars affixed in the interior of the windows on both sides of the vehicle. ERO Officer Ahearn reported that at the time of the above-described traffic stop, it was dark outside, and the ERO Nissan Titan's flashing emergency lights were visible in the roadway.

12. After activating his vehicle's flashing emergency lights, ERO Officer Ahearn observed the Cadillac travel in reverse for at least 75 yards, passing at least three houses. As the Cadillac traveled in reverse toward the ERO Nissan Titan, Espinales-Alvarado made no attempts to slow down or come to a complete stop, nor swerve away from the ERO Nissan Titan. The Cadillac proceeded to strike the front passenger side of the Titan with significant force. ERO Officer Ahearn heard the collision of the Cadillac striking the front of the ERO

3

Nissan Titan and felt his body lurch forward when the Cadillac made impact with the Nissan Titan. The ERO Nissan Titan immediately moved backwards with the force of the impact.

13. When the Cadillac came to a stop due to its collision with the ERO Nissan Titan, the driver of the vehicle, Espinales-Alvarado, opened the driver's side door and fled on foot between the houses in an attempt to escape. The agents exited their vehicles and pursued Espinales-Alvarado. The agents were wearing federal agency issued body armor bearing official law enforcement markings and insignia, which include the word "Police" clearly displayed. As soon as the agents stepped out of their vehicles, the agents shouted several commands to Espinales-Alvarado including "Police; stop running!" Espinales-Alvarado, however, disregarded their lawful commands and continued to run. After a brief foot pursuit, ERO, CBP and FBI officers were able to apprehend Espinales-Alvarado.

14. ERO officers placed Espinales-Alvarado in custody and escorted him to a law enforcement vehicle for transport.

15. The ERO Nissan Titan sustained damage to the front passenger side bumper and tire/wheel. The Cadillac striking the ERO Nissan Titan separated the Nissan's front bumper from the vehicle body and pushed the bumper into the tire/wheel. ERO officers were unable to drive the ERO Nissan Titan after the collision. The ERO Nissan Titan was moved to the FBI Milwaukee field office for temporary repairs to be made. There is also a fist size dent in the right corner of the bumper.