**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **INITIAL APPEARANCE** on Criminal Complaint **DETENTION HEARING** |
| v. | |
| **BRENGEL ESPINALES-ALVARADO** | CASE NUMBER **25-mj-598** |

HONORABLE NANCY JOSEPH, presiding　　　　　Court Reporter: Liberty
Deputy Clerk: Ross M.　　　　　　　　　　　　　Hearing Began: <u>4:03 p.m.</u>
Hearing Held: November 3, 2025 at 4:00 p.m.　　Hearing Ended: <u>4:37 p.m.</u>

**Appearances:**

UNITED STATES OF AMERICA by: Benjamin Wesson
BRENGEL ESPINALES-ALVARADO, in person, and by: Dennise Moreno　☐ CJA ☑ FDS ☐ RET
U.S. PROBATION OFFICE by: Mai Lor
INTERPRETER: ☐ None ☑ Sworn Spanish Interpreter Julie Kurtz

- ☑ Defendant advised of rights
- ☑ Defendant advised of charges, penalties, and fines
- ☑ **Preliminary Hearing set for November 13, 2025 at 9:00 a.m.**

<u>Maximum Penalties:</u>
18:111(a)(1) and 111(b) – INC: 10 years; FINE: $250,000; SR: 3 years; SA: $100.

BOND:

Government:
- Defendant currently in ICE custody.
- Produced from immigration hold for purposes of this initial appearance.
- Even under best case scenario, it would be hard to dispute that defendant was trying to flee and avoid apprehension.
- Fear of deportation is a real fear.
- Defendant would act on this fear again.
- Incident could have been extremely dangerous.
- Request detention so government can work through discovery and work with defense counsel on disposing of this matter.

Defense:
- Defendant has been in this country for three years.
- His mother and brother have been here in this country as well and he has been primary provider for both.
- Defendant was on his way to work when two unmarked vehicles sought to apprehend him.
- The circumstances here are different than most fleeing and eluding cases.
- Usually marked vehicles with flashing lights.
- This was an unmarked vehicle.
- Using these means causes confusion and creates these situations.
- We have a counter example.
- In April 2024 he was noticed by West Allis police about an incident.

- Officers went to his residence looking for him and defendant turned himself in.
- Evidence of someone who wants to follow the law.
- Even with a release order today he will be subject to detention by the immigration authorities.
- Don't believe government can meet its burden since defendant will be in custody of ICE.
- Ask that the Court adopt the recommendations by PTS.

Government:
- We still must look at our burden in this matter.
- This involves someone trying to elude and flee the law.
- What happened in 2024 should not weigh heavily.
- What we know today is that there are federal authorities working to enforce immigration law.
- Should judge risk of flight from this current incident.

Court:
- Orders defendant detained pending trial
- Court orders case unsealed.