UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                    Case No. 25-M-598 (SCD)

BRENGEL ESPINALES-ALVARADO,

    Defendant.

## MOTION TO DISMISS THE COMPLAINT AND ARREST WARRANT

The United States of America, by its attorneys, Richard G. Frohling, Acting United States Attorney, and Benjamin A. Wesson, Assistant United States Attorney, hereby moves for the dismissal of the criminal complaint without prejudice and dismissal of the arrest warrant in the above-captioned case.

Executed on November 13, 2025, at Milwaukee, Wisconsin.

                    RICHARD G. FROHLING
                    Acting United States Attorney

By:    *s/ Benjamin A. Wesson*
           Assistant United States Attorney
           Christopher J. Ladwig
           Office of the United States Attorney
           Eastern District of Wisconsin
           517 East Wisconsin Avenue, Room 530
           Milwaukee, Wisconsin 53202