# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | PRELIMINARY HEARING |
| v. | CASE NUMBER 25-mj-598 |
| **BRENGEL ESPINALES-ALVARADO** | |

| | |
|---|---|
| HONORABLE NANCY JOSEPH, presiding | Court Reporter: Liberty |
| Deputy Clerk: Ross M. | Hearing Began: 2:33 p.m. |
| Hearing Held: November 13, 2025 at 2:30 p.m. | Hearing Ended: 2:37 p.m. |

**Appearances:**
UNITED STATES OF AMERICA by: Benjamin Wesson
BRENGEL ESPINALES-ALVARADO, in person, and by: Dennise Moreno
U.S. PROBATION OFFICE by: *Excused*
INTERPRETER: ☐ None ☒ Sworn Spanish Interpreter Julie Kurtz

Government filed a motion to dismiss the complaint and arrest warrant. Government will not be proceeding today. Government's Motion to Dismiss is GRANTED (ECF No. 7).